1  DANA A. SUNTAG (State Bar #125127)
   HERUM\CRABTREE\SUNTAG
2  A CALIFORNIA PROFESSIONAL CORPORATION
   5757 Pacific Avenue, Suite 222
3  Stockton, California  95207
   Telephone:  (209) 472-7700
4  Facsimile:   (209) 472-7986

5  OFFICE OF THE COUNTY COUNSEL
    OF SAN JOAQUIN
6  GILBERTO GUTIERREZ (State Bar #85795)
   Deputy County Counsel
7  44 North San Joaquin Street, Suite 679
   Stockton, California  95202
8  Telephone:  (209) 468-2980

9  Attorneys for Defendants

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUZ MARIA CANAS; CARLOS CANAS KARLA RIVAS, DARLHA CANAS, THE ESTATE OF ALEJANDRO GOVEA, ALEJANDRO GOVEA, CECILIA BAIRES<br><br>　　　　Plaintiffs,<br><br>　　　　v.<br><br>COUNTY OF SAN JOAQUIN; NATALIE LERMA-SOLIS, in her official and individual capacities, JORGE CEDANO, in his official and individual capacities, and DOES 1-50 inclusive.<br><br>　　　　Defendants.<br>_____ | **CASE NO. 2:14-CV-02895-TLN-KJN**<br><br>**STIPULATION AND ORDER REGARDING RESPONSE DATE TO FIRST AMENDED COMPLAINT** |

STIPULATION AND ORDER REGARDING RESPONSE DATE TO FIRST AMENDED COMPLAINT

1

## RECITALS

A. On December 11, 2014, Plaintiffs filed this lawsuit.

B. On June 30, 2015, Plaintiffs filed a First Amended Complaint.

C. On June 30, 2015, Plaintiffs served process on Defendant County of San Joaquin (the "County").

D. Defendants have not served process on Defendants Natalie Lerma-Solis or Jorge Cedano (collectively, the "Individual Defendants").

E. Counsel has been retained to represent the County and he will also represent the Individual Defendants. Counsel has requested an extension of time. The Individual Defendants will waive service of process.

## STIPULATION

IT IS STIPULATED AND AGREED that the County and the Individual Defendants shall move, plead, or otherwise respond to the First Amended Complaint by August 20, 2015.

Dated: July 21, 2015

HERUM\CRABTREE\SUNTAG
A California Professional Corporation

By: __/s/ Dana A. Suntag__
DANA A. SUNTAG
Attorneys for Defendants COUNTY OF SAN JOAQUIN, NATALIE LERMA-SOLIS, and JORGE CEDANO

Dated: July 23, 2015

By: __/s/ Daniel Malakauskas__
DANIEL MALAKAUSKAS
Attorneys for Plaintiffs
LUZ MARIA CANAS, CARLOS CANAS, KARLA RIVAS, DARLHA CANAS, THE ESTATE OF ALEJANDRO GOVEA, ALEJANDRO GOVEA, CECILIA BAIRES

## ORDER

It is so ordered.

Dated: July 28, 2015

Troy L. Nunley
United States District Judge

STIPULATION AND ORDER REGARDING RESPONSE DATE TO FIRST AMENDED COMPLAINT

2