DANIEL MALAKAUSKAS, SBN 265903
P.O. Box 7006
Stockton, CA 95267
Telephone: 866-790-2242
Facsimile: 888-802-2440

Attorney for Plaintiffs

DANA A. SUNGTAG, SBN 125127
**HERUM\CRABTREE\SUNTAG**
5757 Pacific Avenue
Suite 222
Stockton, CA 95207
Telephone: 209-472-7700
Facsimile: 209-472-7986

Attorney for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

LUZ MARIA CANAS, CARLOS CANAS, KARLA RIVAS, DARLHA CANAS, THE ESTATE OF ALEJANDRO GOVEA, ALEJANDRO GOVEA, CECILIA BAIRES

     Plaintiff,

  v.

COUNTY OF SAN JOAQUIN, NATALIE LERMA-SOLIS, in her official and individual capacities, JORGE CEDANO, in his official and individual capacities, and Does 1 through 50, inclusive.

     Defendants.

**CASE NO.: 2:14-cv-02895-TLN-KJN**

**STIPULATION AND ORDER REGARDING CONTINUANCE OF DEFENDANTS' MOTION TO DISMISS**

**LET THIS HONORABLE COURT TAKE NOTICE:**

     Plaintiffs, LUZ MARIA CANAS, CARLOS CANAS, KARLA RIVAS, DARLHA

CANAS, THE ESTATE OF ALEJANDRO GOVEA, ALEJANDRO GOVEA, and CECILIA

**STIPULATION AND ORDER REGARDING CONTINUANCE OF DEFENDANTS' MOTION TO DISMISS AND ORDER GRANTING THEREOF**

1

BAIRES, through their attorney, DANIEL MALAKAUSKAS, and Defendants, COUNTY OF

SAN JOAQUIN, NATALIE LERMA-SOLIS, and JORGE CEDANO, through their attorney,

DANA A. SUNTAG, respectfully report:

1.      That initially, DANIEL MALAKAUSKAS, attorney for Plaintiffs, was unable to

attend the initial Motion to Dismiss hearing date on September 24th, 2015.  Therefore, on

September 2nd, 2015, DANIEL MALAKAUSKAS, asked DANA SUNTAG, attorney for

Defendants, if the Defendants would stipulate to continuing the hearing to a later date.

2.      The Defendants graciously agreed to stipulate to a continuance. DANA SUNTAG

advised DANIEL MALAKAUSKAS that the next date DANA SUNTAG would be available

would be after October 26th, 2015, as he would be on vacation and out of the country until

October 25, 2015.

3.      The parties agreed to stipulate to continue the Motion to Dismiss hearing date.

4.      On September 11th, 2015, the court issued its own minute order continuing the

hearing date from September 24th, 2015 to October 22nd, 2015.

5.      The parties are unavailable on October 22nd, 2015, and, therefore, stipulate to

continue the hearing date from October 22nd, 2015, to November 19th, 2015, or as soon thereafter

as may be heard.


**IT IS HEREBY STIPULATED.**


                                        Respectfully Submitted,


Dated:  September 11th, 2015                    /s/Daniel Malakauskas_____ _
                                        By: Daniel Malakauskas,
                                        Attorney for Plaintiffs


**STIPULATION AND ORDER REGARDING CONTINUANCE OF DEFENDANTS'
MOTION TO DISMISS AND ORDER GRANTING THEREOF**                2

HERUM\CRABTREE\SUNTAG
A California Professional Corporation

Dated:  September 11th, 2015        /s/Dana A. Suntag

By: Dana A. Suntag
Attorneys for Defendants

**ORDER**

**IT IS HEREBY ORDERED**, that the motion to dismiss set for October 22nd, 2015 is

continued from October 22nd, 2015 to **November 19, 2015.**

Dated:  September 28, 2015

Troy L. Nunley
United States District Judge

**STIPULATION AND ORDER REGARDING CONTINUANCE OF DEFENDANTS'
MOTION TO DISMISS AND ORDER GRANTING THEREOF**                    3